**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

SHAUN DYER                                          :
                                                    :
                               Petitioner,          :
                                                    :          1:25-cv-07002 (ALC)
            -against-                               :
                                                    :          **ORDER**
                                                    :
BROOKE BLAISE                                       :
                                                    :
                               Respondent.          :
                                                    :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On March 18, 2026, the Court received a letter from Petitioner dated March 10, 2026 that he had not yet received Respondent's March 3, 2026 submission. ECF No. 22. He explained that sometimes legal mail takes between 4 to 8 weeks to reach people incarcerated at Coxsackie. That is outrageous. Therefore, the Petitioner's request for a 60 day extension is granted. Petitioner's Reply will be due May 3, 2026.

Respondent is also ordered to ensure that Petitioner receives the full submission as soon as possible and should update the Court with a letter by March 20, 2026 regarding whether Petitioner has received its submission.

**SO ORDERED.**

**Dated:**  March 19, 2026

      New York, New York                        **ANDREW L. CARTER, JR.**
                                                **United States District Judge**