**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

SHAUN DYER                                              :
                                                       :
                                   Petitioner,         :
                                                       :        1:25-cv-07002 (ALC)
                 -against-                              :
                                                       :        **ORDER**
                                                       :
BROOKE BLAISE                                          :
                                   Respondent.         :
                                                       :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Respondent's March 20, 2026 letter, which states that

Coxsackie Correctional Facility has no record of Respondent's submissions reaching the facility.

The Court orders Respondent to file a letter with a status update on whether Petitioner has

received Respondent's submissions by March 25, 2026.

**SO ORDERED.**

**Dated:**  March 19, 2026

       **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**